UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 16-00183-04 |
|---|---|
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| BARRY DRUILHET, JR. | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct under applicable law and that judgment as recommended therein is warranted,

**IT IS ORDERED** that the motion to suppress [Record Document 113] is hereby **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this ____ day of April, 2017.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE