**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 6:16-cr-183-04** |
| **VERSUS** | **JUDGE ELIZABETH E. FOOTE** |
| **BARRY DRUILHET, JR.** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Record Document 413] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Druilhet's motion under 28 U.S.C. § 2255 [Record Document 393] be **DENIED** and **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED** in Chambers on this _____ day of May, 2023.

_____
**ELIZABETH E. FOOTE**
**UNITED STATES DISTRICT JUDGE**